No. 857. MARTÍNEZ, APELADO, *v.* ARROYO, APELANTE.—Reivindicación. Ponce.

No. 1411. MÁRQUEZ HERMANOS, APELADOS, *v.* ALONSO, APELANTE.—Cobro de dinero. Arecibo.

No. 1409. RIVERA, APELANTE, *v.* GONZÁLEZ ET AL., APELADOS.—Tercería de bienes inmuebles. Mayagüez. Noviembre 3, 1915. *Desestimadas las apelaciones.*

No. 15. MARTÍNEZ, PETICIONARIO, *v.* SOTO NUSSA, JUEZ DE DISTRITO, DEMANDADO.—Auto inhibitorio. Noviembre 3, 1915. *Denegada solicitud.*

No. 1379. SAMA, APELADO, *v.* ANTOMMATTEI ET AL., APELANTES.—*Mandamus.* Ponce. Noviembre 5, 1915. *Desestimada la apelación.*

No. 154. CORREA, PETICIONARIO, *v.* CÓRDOVA DÁVILA, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Noviembre 5, 1915. *Denegada la solicitud.*

No. 1417. DÍAZ, APELANTE, *v.* ROURA, APELADO.—Indemnización. Ponce. Noviembre 9, 1915. *Desestimada la apelación.*

No. 1418. SUCESIÓN RIVERA, APELANTE, *v.* MELÉNDEZ ET AL., APELADOS.—Nulidad de expediente de dominio, etc. Guayama. Noviembre 12, 1915. *Desestimada la apelación.*

No. 155. MARTÍNEZ, PETICIONARIO, *v.* SOTO NUSSA, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Noviembre 17, 1915. *Denegada la solicitud.*